# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FREDERICK JAMES NICKERSON, Defendant. | Criminal Action No. 10-38 (CKK) |

## ORDER
(May 6, 2010)

This case comes before the Court upon receipt of a [16] & [19] Report and Recommendation dated May 4, 2010, from Magistrate Judge Alan Kay. Due to scheduling conflicts with the Court's calendar, this criminal matter was referred — at the parties' request and with Defendant's written consent — to Magistrate Judge Kay for a plea hearing. *See* Apr. 29, 2010 Order, Docket No. [15]. A plea hearing was subsequently held on May 4, 2010, at which time Defendant Frederick James Nickerson entered a guilty plea before Magistrate Judge Kay. *See* Docket Nos. [16] & [17] & [18].

Accordingly, upon consideration of Magistrate Judge Kay's Report and Recommendation, it is this 6th day of May, 2010, hereby,

**ORDERED** that the [16] & [19] Report and Recommendation is ADOPTED and the plea of guilty to Count One of the Indictment (False Impersonation of Officer or Employee of the United States in violation of 18 U.S.C. § 912), by Mr. Nickerson entered into before Magistrate Judge Kay is ACCEPTED as being made knowingly and voluntarily.

**SO ORDERED.**

/s/ Colleen Kollar-Kotelly
**COLLEEN KOLLAR-KOTELLY**
United States District Judge